1 | CHARLES PARKIN, City Attorney
KYLE R. BEVAN, Deputy City Attorney
2 | State Bar No. 294877
411 W. Ocean Boulevard, 9th Floor
3 | Long Beach, California 90802-4664
Telephone: (562) 570-2200
4 | Facsimile: (562) 436-1579

5 | Attorneys for Defendant
CITY OF LONG BEACH

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | REYNALDO G. GUTIERREZ, on behalf of himself and all other similarly situated,

Case No: 2:19-cv-09941-DMG-E

12 | Plaintiffs,

Honorable Dolly M. Gee

13 | vs.

**JOINT PROPOSED STIPULATION TO MODIFY SCHEDULING ORDER; FILED CONCURRENTLY WITH [PROPOSED] ORDER**

14 | CITY OF LONG BEACH; Does 1-50, inclusive,

15 |

16 | Defendants.

Complaint Filed: September 30, 2019
Trial Date: March 30, 2021

17

18 | COMES NOW Plaintiff, REYNALDO G. GUTIERREZ, and Defendant,

19 | CITY OF LONG BEACH, through their respective counsel of record, and do hereby

20 | jointly request and stipulate to continue the trial date and all related dates as follows:

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

*Left margin:* OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
411 W. Ocean Boulevard, 9th Floor
Long Beach, CA 90802

1
**JOINT PROPOSED STIPULATION TO MODIFY SCHEDULING ORDER**

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
411 W. Ocean Boulevard, 9th Floor
Long Beach, CA 90802

## **RECITALS**

WHEREAS the Parties have been diligent in conducting discovery and research regarding the issues in this case;

WHEREAS the issues in this case are reasonably straightforward and will be resolved in large part by discovery and the deposition testimony of the parties;

WHEREAS the parties, for various reasons related to the coronavirus pandemic and health orders, have not yet been able conduct depositions;

WHEREAS the parties desire to finish discovery well in advance of the last day to file motions so that they can meaningfully meet and confer about the case;

WHEREAS the parties desire to mediate this case to obtain an independent assessment of liability and potential damages before summary judgment;

WHEREAS the parties are aware of the impact the pandemic is having on the state and federal courts and anticipate this civil matter will not take priority over other matters that may conflict with the Court's calendar;

WHEREAS trial is currently set for July 6, 2021;

WHEREAS the parties propose a new trial date of January 4, 2022;

WHEREAS the parties propose a new Final Pretrial Conference date of December 7, 2021;

WHEREAS the parties propose a last day to file motions of August 27, 2021;

WHEREAS the parties propose an expert discovery cut-off of November 2, 2021;

WHEREAS the parties propose a fact discovery cut-off of August 4, 2021;

**IT IS SO STIPULATED:**

///

**JOINT PROPOSED STIPULATION TO MODIFY SCHEDULING ORDER**

1    DATED:

                                      CHARLES PARKIN, City Attorney
2

3

4                                     By:  */s/ Kyle R. Bevan*
                                          KYLE R. BEVAN
5                                         Deputy City Attorney
                                      Attorney for Defendant
6                                     CITY OF LONG BEACH

7

8

9    DATED:

10

11

12                                    By:  */s/ Reynaldo G. Gutierrez*
                                          REYNALDO G. GUTIERREZ
13                                        Pro Per

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
411 W. Ocean Boulevard, 9th Floor
Long Beach, CA 90802

3

**JOINT PROPOSED STIPULATION TO MODIFY SCHEDULING ORDER**

<div style="text-align:left; font-size:small; writing-mode:vertical-rl;">
OFFICE OF THE CITY ATTORNEY<br>
CHARLES PARKIN, City Attorney<br>
411 W. Ocean Boulevard, 9th Floor<br>
Long Beach, CA 90802
</div>

1

## PROOF OF SERVICE

2
STATE OF CALIFORNIA     )
                          ) ss

3
COUNTY OF LOS ANGELES )

4
5
I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and I am not a party to the within entitled action.  My business address is 411 W. Ocean Boulevard, 9th Floor, Long Beach, California 90802.

6
On November 20, 2020, I served the within:

7
8
**JOINT PROPOSED STIPULATION TO MODIFY SCHEDULING ORDER; FILED CONCURRENTLY WITH [PROPOSED] ORDER**

9
on all interested parties in said action, by placing a true copy and/or original thereof enclosed in sealed envelopes address as follows:

10
11
12
Reynaldo G. Gutierrez, *Pro Se*
2330 Santa Fe Ave.
Long Beach, CA 90810
Telephone: (562) 400-0922
Email: *reycrown1946@yahoo.com*

13
14
15
16
☒    **BY MAIL**:  I am "readily familiar" with the **firm's practice** of collection and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17
18
19
☒    **BY ELECTRONIC MAIL**:  In addition to the above service by mail, hand delivery, or UPS, I caused said document(s) to be transmitted by scanning the document into a PDF or comparable electronic format and sent that document by email transmission.

20
Executed on November 20, 2020, at Long Beach, California.

21
☒    (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

22
23
24

_____
Monica Caro

25
26
27
28

**JOINT PROPOSED STIPULATION TO MODIFY SCHEDULING ORDER**