**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO G. GUTIERRZ,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH,<br><br><br>        Defendant. | Case No. CV 19-9941-DMG (Ex)<br><br>**JUDGMENT** |

This Court having granted Defendant City of Long Beach's Motion for Summary Judgment by Order dated November 15, 2021,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Reynaldo Gutierrez, whose action is dismissed with prejudice on the merits.

DATED: November 15, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE